1

2

3

4

5

6

7

8
                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
9                              DIVISION

10   ANNA ROSE L.S.,                     |   Civil No. 18-CV-5939-RAJ-MLP

11            Plaintiff,

12       vs.                             |   REPORT AND RECOMMENDATION

13   COMMISSIONER OF SOCIAL SECURITY,

14            Defendant.

15        Plaintiff brought this action to seek judicial review of the denial of her application for

16   disability benefits by the Commissioner of the Social Security Administration. (Dkt. # 4.) The

17   parties have stipulated that this case should be reversed and remanded for further administrative

18   proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. # 14.) Based on the

19   stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED

20   for further administrative proceedings before an Administrative Law Judge ("ALJ").

21        On remand, the ALJ will be directed to reevaluate the claimant's symptoms and the third-

22   party statement in accordance with Social Security Ruling 16-3p, reevaluate the opinion

23   evidence in accordance with 20 C.F.R. §§ 404.1527 and 416.927, and reevaluate the claimant's

24   residual functional capacity in accordance with Social Security Ruling 96-8p. The

REPORT AND RECOMMENDATION - 1

Administrative Law Judge will obtain supplemental vocation expert evidence and determine whether that evidence is consistent with the DOT in accordance with Social Security Ruling 00-4p. Upon proper submission, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that the Honorable Richard A. Jones immediately approve this Report and Recommendation. The Clerk should note the matter for **May 15, 2019** as ready for Judge Jones' consideration. A proposed order accompanies this Report and Recommendation.

DATED this 15th day of May, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2