1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   ANNA ROSE LITTLE SUN,

9                              Plaintiff,          Case No. C18-5939 RAJ-MLP

10          v.                                     ORDER REVERSING AND
                                                   REMANDING FOR FURTHER
11  COMMISSIONER OF SOCIAL                         ADMINISTRATIVE PROCEEDINGS
    SECURITY,
12
                               Defendant.
13

14          Having reviewed the Report and Recommendation of the Honorable Michelle L.

15  Peterson, United States Magistrate Judge, any objections or responses to that, and the

16  remaining record, the Court finds and ORDERS:

17          (1)    The Court ADOPTS the Report and Recommendation.

18          (2)    The final decision of the Commissioner is REVERSED and the case is

19  REMANDED to the Social Security Administration for further administrative

20  proceedings consistent with the Report and Recommendation.

21  //

22  //

23

ORDER REVERSING AND REMANDING FOR
FURTHER ADMINISTRATIVE PROCEEDINGS -
1

1       The Clerk is directed to send copies of this Order to the parties and to Judge

2 Peterson.

3       Dated this 27th day of June, 2019.

4

5                                 _____

6                                   The Honorable Richard A. Jones
                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER REVERSING AND REMANDING FOR
FURTHER ADMINISTRATIVE PROCEEDINGS -
2